(133 So. 696)

### CHEESEMAN et al. v. SHAW.

### 6 Div. 828.

Supreme Court of Alabama.

March 19, 1931.

Rehearing Denied April 23, 1931.

Clifford Emond and Erle Pettus, both of Birmingham, for appellants.

G. P. Benton, of Fairfield, for appellee.

**BOULDIN, J.**

The sole error insisted upon is the rendition of a judgment nil dicit without the intervention of a jury and writ of inquiry.

The action is upon promissory notes with claim for "reasonable attorney's fees," as stipulated in the notes.

■ A defendant must demand a jury trial within thirty days after the perfection of service on him. Code, §§ 8595, 9498. Unless filed within time, the right of trial by jury is waived.

■■ The record shows complaint filed February 11th. It does not show the date service of summons was perfected on defendant. No demand for a jury was filed until August 9th. Error must affirmatively appear.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.